THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX: 213 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant,
    Commissioner of Social Security

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BARBARA FLOYD, | ) CV 07-6556 E |
|     Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] JUDGMENT OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|     Defendant. | ) |

    Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED: 6/23/08

_____
CHARLES EICK
UNITED STATES MAGISTRATE JUDGE